# AFFIDAVIT OF SERVICE

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | Civil Action No.: 11-CV-1081<br>Dated: 2/16/2011 |

----------------------------------------------------------------X

**MARK R. LASKOWSKI and RICHARD HALL,**

                 Plaintiff,

- against -

**LIBERTY MUTUAL FIRE INSURANCE COMPANY,**

                 Defendant.

----------------------------------------------------------------X

Attorney: **Anderson Kill & Olick, P.C.**
1251 Avenue of the Americas
42nd Floor
New York, New York 10020
212-278-1000

STATE OF NEW YORK, COUNTY OF NASSAU; SS:

The undersigned being duly sworn, deposes and says:

I, **Corey Guskin**, am not a party to this action, I am over 18 years of age, and I reside in the County of Nassau, in the State of New York.

That on Thursday, February 17, 2011, at 3:47 P.M. deponent **served** the within **Summons in a Civil Action, Complaint, Exhibit A, Civil Cover Sheet, Rule 7.1 Statement** and included a $40 fee

Upon:      **Liberty Mutual Fire Insurance Company**
Located at:  c/o State of New York, Insurance Department, Superintendent of Insurance, 25 Beaver Street, 4th Floor, New York, New York 10004

### Corporate Service:

A corporation, by delivering there at a true copy of the aforesaid documents to **Liberty Mutual Fire Insurance Company,** c/o State of New York, Insurance Department, Superintendent of Insurance, **personally,** deponent knew said corporation so served to be the corporation described in said Summons in a Civil Action and Complaint and knew said individual to be **Keiko Omori** – Legal Assistant, General Counsel's Office, thereof and she stated that she was authorized to accept service of process for **Liberty Mutual Fire Insurance Company,** c/o State of New York, Insurance Department, Superintendent of Insurance

Keiko Omori's Description: Asian, Light Brown Skin, Female, White Hair, 50 Years Old, 5'4" and 150 Lbs

                                                                         **Corey Guskin**

                                                                         *[signature]*

                                                                       License # 1094475

Sworn to before me this 17th day of February, 2011

*[signature]*

Notary Public

Joan Guskin
Notary Public State of New York
No. 01GU5530060
Qualified in Nassau County
Commission Expires Nov. 20, 14