USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/1/11

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MARK R. LASKOWSKI, et al.,          :
                                    :
                    Plaintiffs,     :
                                    :
    - against -                     :         **ORDER**
                                    :
LIBERTY MUTUAL FIRE INSURANCE       :         11 Civ. 1081 (VM)
COMPANY,                            :
                                    :
                    Defendant.      :
------------------------------------X

**VICTOR MARRERO, United States District Judge.**

In reviewing the complaint filed in this matter the Court has noted that plaintiffs Mark Laskowski and Richard Hall ("Plaintiffs") assert that they reside in New York County; and defendant Liberty Mutual Fire Insurance Company ("Liberty") is an insurance corporation based in Wisconsin with its principal place of business in Massachusetts and licenced to do business in New York. The complaint indicates that the events that gave rise to the action occurred in connection with a claim Plaintiffs submitted to Liberty for loss resulting from fire in a second home Plaintiffs own located in Eaton, New York, including additional living expenses and other costs Plaintiffs allegedly incurred as a result of the fire. It therefore appears that in whole or in major part the material events, documents, persons and potential witnesses

related to this action are located in the Northern District of New York.  Accordingly, it is hereby

**ORDERED** that to aid the Court's assessment of whether, for the convenience to the parties and witnesses, in the interest of justice and sound judicial administration, venue for this matter more properly lies in the Northern District of New York, plaintiffs are directed to respond by March 8, 2011, by letter to the Court not to exceed three (3) pages, showing cause why this matter should not be transferred to the Northern District of New York pursuant to 28 U.S.C. § 1404(a), see Hancock v. Safeco, Ins. Co., 692 F. Supp. 2d 338 (S.D.N.Y. 2010) and cases cited therein; and it is further hereby

**ORDERED** that plaintiffs serve a copy of this Order on defendant Liberty Mutual Fire Insurance Company ("Liberty"), through counsel if known, and that Liberty may respond by letter not to exceed three (3) pages submitted to the Court by March 11, 2011.

**SO ORDERED.**

DATED:    NEW YORK, NEW YORK
         1 March 2011

```
                              _____
                                  Victor Marrero
                                      U.S.D.J.
```