UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK A. LASKOWSKI AND RICHARD HALL,

          *Plaintiffs,*

-against-

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

          *Defendant.*

**NOTICE OF APPEARANCE**

Civil Action No.:
11-CV-1081
(VM/MHD)

**SIRS**:

  **PLEASE TAKE NOTICE**, that HISCOCK & BARCLAY, LLP, Thomas J. O'Connor, Esq., of counsel, hereby appears as attorney for defendant, Liberty Mutual Fire Insurance Company, in the above-captioned matter, and demands that all further correspondence, pleadings and notices be served upon him at the address stated below.

**DATED:**  March 9, 2011

         HISCOCK & BARCLAY, LLP

         By: _____
           Thomas J. O'Connor (TO-1506)
         Attorneys for Defendant
         Liberty Mutual Fire Insurance Company
         Office and P.O. Address:
         50 Beaver Street
         Albany, New York 12207-2830
         Telephone: (518) 429-4276
         Facsimile: (518 427-3474
         E-Mail: toconnor@hblaw.com

*www.hiscockbarclay.com*

5216677.1

- 2 -

**TO:**   **ANDERSON, KILL & OLICK, P.C.**
*Attorneys for Plaintiffs*
Office & Post Office Address
1251 Avenue of the Americas
New York, New York 10020
Telephone: (212) 278-1000
Facsimile (212) 278-1733

5216677.1