USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARK R. LASKOWSKI and RICHARD HALL.,

    *Plaintiffs,*

-vs-

LIBERTY MUTUAL FIRE INSURANCE COMPANY,

    *Defendant.*

STIPULATION AND
ORDER ENLARGING
TIME TO ANSWER

Civil Action No.:
11-CV-1081
(VM/MHD)

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned attorneys for the plaintiffs, **MARK R. LASKOWSKI and RICHARD HALL**, and the defendant, **LIBERTY MUTUAL FIRE INSURANCE COMPANY**, pursuant to Rules 6(b) and 12(a) of the Federal Rules of Civil Procedure, that the time for the defendant to respond to the Complaint of the plaintiffs is enlarged and extended up to and including April 8, 2011.

**DATED:** March 9, 2011

| HISCOCK & BARCLAY, LLP | ANDERSON, KILL & OLICK, P.C. |
|---|---|
| By: _____ | By: _____ |
| Thomas J. O'Connor (TO-1506) | Mark T. Ladd (ML-8784) |
| Attorneys for Defendant | Attorneys for Plaintiff |
| Office and Post Office Address | Office and Post Office Address |
| 50 Beaver Street | 1251 Avenue of the Americas |
| Albany, New York 12207-2830 | New York, New York 10020 |
| Telephone: (518) 429-4276 | Telephone: (212) 278-1000 |
| Facsimile: (518) 427-3474 | Facsimile: (212) 278-1733 |
| E-Mail: toconnor@hblaw.com | E-Mail: mladd@andersonkill.com |

**IT IS SO ORDERED.**

DATED: _10 March_, 2011

_____
Victor Marrero
U.S.D.J.

5216622.1
3045256